# Wendy Duggan

| | |
|---|---|
| **From:** | MSSDdb_new_caseNORTHERN |
| **Sent:** | Thursday, August 29, 2019 1:39 PM |
| **To:** | MSSDdb_Gulfport |
| **Subject:** | FW: 1:19-cv-00427 - Transferred case has been opened |

-----Original Message-----
From: MSSDdb_InterdistrictTransfer_MSSD <interdistricttransfer_mssd@mssd.uscourts.gov>
Sent: Thursday, August 29, 2019 1:33 PM
To: MSSDdb_new_caseNORTHERN <new_caseNORTHERN@mssd.uscourts.gov>
Subject: FW: Transferred case has been opened

---

From: ohndecf@ohnd.uscourts.gov
Sent: Thursday, August 29, 2019 1:32:03 PM (UTC-06:00) Central Time (US %2A Canada)
To: MSSDdb_InterdistrictTransfer_MSSD
Subject: Transferred case has been opened

CASE: 1:19-cv-00427

DETAILS: Case transferred from Mississippi Southern has been opened in Northern District of Ohio as case 1:19-op-45749, filed 08/29/2019.